**Carol A. NATVIG, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104628**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: August 22, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied
October 23, 2017

ATTORNEY FOR APPELLANT: Andrew Edward Zleit, Missouri Public Defenders Office, 1010 Market Street, Suite 1100, St. Louis, MO 63101.

ATTORNEY FOR RESPONDENT: Joshua D. Hawley, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

### ORDER

#### PER CURIAM

Carol A. Natvig ("Movant") appeals from the motion court's "Findings of Fact, Conclusions of Law, Order, Judgment, and Decree of Court" ("Judgment") denying Movant's "Amended Motion to Vacate, Set Aside or Correct Judgment and Sentence and Request for Evidentiary Hearing," which alleged ineffective assistance of counsel, without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the Judgment pursuant to Rule 84.16(b).